[No. 54000-9-I.   Division One.   July 18, 2005.]

WALTER WILKEL, *Appellant*, v. MERLE C. PERKINS ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-2-01240-6, David A. Nichols, J., entered January 6 and February 20, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Grosse, J.

[No. 54134-0-I.   Division One.   July 18, 2005.]

MARK C. HOOSER, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-32528-7, Joan B. Allison, J. Pro Tem., entered March 30, 2004. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Becker, J.

[No. 54278-8-I.   Division One.   July 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN ANTOINE AUSTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-09014-6, Robert H. Alsdorf, J., entered April 19, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54339-3-I.   Division One.   July 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KHAMPHETH JOE KEODARA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-10005-2, Linda Lau, J., entered May 17, 2005. *Affirmed* by unpublished per curiam opinion.